IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

OCT 17 2025

FILED

| | |
|---|---|
| FIRST AMERICAN SERVICES LLC, as Trustee of Argonne Drive Trust, <br><br> Plaintiff, <br><br> v. <br><br> U.S. BANK TRUST, N.A., as Trustee of CFMT 2024-NR1 Trust, <br><br> Defendant. | * * * * * * * * * * * * * * * <br><br> CV 125-189 |

**O R D E R**

Before the Court is the Parties' joint stipulation of dismissal with prejudice. (Doc. 10.)  All Parties signed the stipulation; thus, the Court finds dismissal proper under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**IT IS THEREFORE ORDERED** that this matter is **DISMISSED WITH PREJUDICE**.  The Clerk is directed to **TERMINATE** all motions and deadlines and **CLOSE** this case.  Each party shall bear its own costs and fees unless otherwise agreed.

**ORDER ENTERED** at Augusta, Georgia, this 17th day of October, 2025.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA